ANDERSON, CHRIS & KELLY 10-13924

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS** 129
60-249 / 433
86
13849

TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 10-13924 JAB | ANDERSON, CHRIS WAYNE |
| 92002421979666 | ANDERSON, KELLY MELECH |
| COMBINED SMALL CHECK | |

Date 08/10/2011 $ ***********4.37

~~~Four Dollars and 37/100

Pay to the Order of: U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

WILBUR J. (BILL) BABIN, JR., Trustee

⑃249⑊:⑃200 24 21979666⑊⑊

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229036  - KW
* * C O P Y * *
August 31, 2011
15:49:31

UNC.UNDER$25
10-13924
Debtor.: CHRIS WAYNE ANDERSON
Trustee: Wilbur Babin, Jr.
Amount.:            $4.37 CH
Check#.: 129

Deposited 8/31/11 to 106000
Due:
American Infosource LP
As Agent for T-Mobile USA, Inc.

C. Vogel

Total-> $4.37

FROM: BABIN